IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    23-cr-00326-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONEL CASTILLO,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Between and including on or about September of 2022 to on or about May 23, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms,

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT 2

Between and including on or about January 6, 2023, to on or about January 27, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Sig Sauer, Model

P320, 9mm caliber handgun bearing serial number FCU337574, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

Between and including on or about December 17, 2022, to on or about January 6, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Colt, Model 1911, .45 caliber handgun bearing serial number GV035287, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

Between and including on or about December 22, 2022, to on or about January 31, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a FN, Model SCAR, 5.56 caliber rifle bearing serial number L1C12437, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

On or about May 23, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, knowing he had previously been convicted of a crime punishable

by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture Allegation

1. The allegations contained in Counts 1 through 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) alleged in Counts 1 through 5 of this Indictment involving violations of Title 18, United States Code, Sections 922 and 924, the defendant, LEONEL CASTILLO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

|   | Manufacturer | Model | Caliber | Serial Number | Type |
|---|---|---|---|---|---|
| 1 | Colt | 1911 | .45 | GV035287 | Handgun |
| 2 | FN | SCAR | 5.56 | L1C124327 | Rifle |
| 3 | Sig Sauer | P320 | 9mm | FCU337574 | Handgun |
| 4 | Taurus | Judge | .45/410 gauge | KX342601 | Handgun/Shotgun |
| 5 | German Sport Guns | GSG-5 | .22 | A26 5166 | Rifle |
| 6 | Smith & Wesson | M&P 15 | 5.56 | TF73472 | Rifle |
| 7 | Century Arms | BFT47 | 7.62 | BFT47P0458 | Rifle |
| 8 | Hugulu Cooperative | CZ 712 G2 | 12 gauge | 21A4855 | Shotgun |
| 9 | All recovered ammunition |||||

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

<u>s/ Albert Buchman</u>
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov