DEFENDANT:      Leonel Castillo

AGE/YOB:        1990

COMPLAINT      _____ Yes    __x_____ No
FILED?

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __ Yes  _x_ No


OFFENSE(S):    (1)   18 U.S.C. § 922(a)(1)(A), Engaging in the Business of Dealing Firearms Without a License
            (2-5) 18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon

LOCATION OF  Jefferson County, Colorado
OFFENSE:

PENALTY:     (1)   NMT 5 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.
            (2-5)  NMT 15 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment

AGENT:        SA Jason Clemens**,** ATF

AUTHORIZED  Albert Buchman
BY:          Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

___ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.