AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) Case No. 23-cr-00326-NYW |
| Leonel Castillo | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Leonel Castillo                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(1)(A)

18 U.S.C. § 922(g)(1)

Date: 07/11/2023                                                                 s/C. Madrid, Deputy Clerk
                                                                                          *Issuing officer's signature*

City and state:   Denver, Colorado                                    Jeffrey P. Colwell, Clerk
                                                                                          *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                                      _____
                                                                                          *Arresting officer's signature*

                                                                                          _____
                                                                                          *Printed name and title*