IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00326-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LEONEL CASTILLO,

**DEFENDANT**

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Charles. W. Elliott, and certifies that he is a member in good standing of the bar of this Court and enters his appearance as counsel on behalf of the Defendant Leonel Castillo.

Respectfully submitted,

/s/ Charles W. Elliott
Charles W. Elliott
The Law Office of Charles W. Elliott
1600 Stout Street, Suite 920
Denver, CO  80202
Phone:  303.623.2013
hamcwe@yahoo.com
*Attorney for Defendant  Leonel Castillo*

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2023, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was delivered via CM/ECF to all counsel of record.

*s/ Charles W. Elliott*
Charles W. Elliott