AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 JUL 19  AM 11: 31

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  23-cr-00326-NYW |
| | ) | |
| Leonel Castillo | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Leonel Castillo,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(1)(A)

18 U.S.C. § 922(g)(1)

Date:   07/11/2023

s/C. Madrid, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk
*Printed name and title*

### Return

This warrant was received on (date) 7/11/2023, and the person was arrested on (date) 7/17/2023
at (city and state) Denver, CO.

Date: 7/17/23

_____
*Arresting officer's signature*

Jason Clemens  Special Agent
*Printed name and title*