**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 23-cr-00326-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEONEL CASTILLO,

      Defendant.

---

**MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)**

---

The United States moves the Court for an order granting the defendant an additional one-level decrease in the offense level at sentencing for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b). The defendant's agreement to plead guilty and timely notice permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.


//


//


1

Dated:   December 10, 2024

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:   (303) 454-0100
E-mail: al.buchman@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2024 I electronically filed the foregoing **MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)** document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Stephanie Graham*
STEPHANIE GRAHAM
Legal Assistant
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:   (303) 454-0100
