| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Marcos RUVALCABA et al | 788010-22-0061 | 13 |

## SUMMARY OF EVENT:

<u>POSSESSION FIREARMS AND NARCOTICS BY CHRISTOPHER NEVAREZ:</u>  On February 23, 2023, Christopher NEVAREZ (DOB: ██████████) was arrested by officers with the Lakewood Police Department (LPD) for firearm and drug related offenses.

## NARRATIVE:

1.  On February 23, 2023, Christopher NEVAREZ (DOB: ██████████) was arrested by officers with the Lakewood Police Department for firearm and drug related offenses.  This arrest was documented in Lakewood Police Department report LK23005650 (see attached).

2.  On February 23, 2023, LPD officers encountered Christopher NEVAREZ (DOB: ██████████) aka "Mack", William NIELSEN (DOB: ██████████), and Isabella Escareno (DOB: ██████████) after their vehicle had slid into a ditch.  This vehicle was identified in the report as a 2020 Chrysler 300 bearing Colorado License Plate 4766043 which was registered to NEVAREZ.  NEVAREZ initially admitted to being the driver of the vehicle.  Officers ultimately located a Glock Model 42, .380 caliber pistol bearing serial number AGTB194 in the snow near the vehicle.  When asked who the firearm belonged to, NEVAREZ answered something to the effect, "I ain't gone lie, its my girl's" who he identified as Glory GOODRICH (DOB: ██████████).  NEVAREZ told officers that GOODRICH had departed before officers arrived and NEVAREZ noticed the firearm on the front passenger seat and threw it into the ditch beside the vehicle.

3.  Officers subsequently located a Glock Model 22, .40 caliber pistol bearing serial number XNZ232 directly under the driver's seat of the vehicle.  SA Clemens reviewed the Body Worn Camera (BWC) footage of this incident and noted that the firearm appeared to be equipped with a device on the rear of the slide.  These devices are commonly referred to as "buttons" or "switches" and are utilized to convert semi-automatic pistols into machineguns.

| Prepared by:<br>Jason C. Clemens | Title:<br>Special Agent, Denver I Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Alan W. Breneman | Title:<br>Group Supervisor, Denver I Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Kirk D. Howard | Title:<br>Acting Special Agent in Charge, Denver Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only



*Still from video from BWC*

4. Officers also found approximately $400 in NEVAREZ's right pocket and approximately $1,100 in NEVAREZ's left pocket. Officers continued to inventory the vehicle prior to having it towed. During this inventory, officers found a black in color backpack on the front passenger seat of the vehicle. Within the backpack, officers found a black plastic container containing 20.52 grams of suspected Fentanyl pills, two (2) scales capable of measuring grams, and approximately 100 small glassine bags. Officers also found a white plastic bag on the floorboard of the front passenger seat containing several additional controlled substances to include:

- 1 Pill - 512 Acetaminophen and oxycodone hydrochloride; schedule 2; 0.48g
- 5 pills - Xanax 2; schedule 4; 1.41g
- 3 pills - R039 Alprazolam; schedule 4; 0.72g
- 4 pills - S903 Alprazolam; schedule 4; 1.13g
- 4 pills - K56 Oxycodone hydrochloride; schedule 2; 0.32g
- 3 pills - A333 Acetaminophen and Oxycodone; schedule 2; 1.21g
- 2 pills- Watson 853 Acetaminophen and Hydrocodone Bitartrate; schedule2; 0.66g
- 4 pills - K57 Oxycodone hydrochloride; schedule 2; 0.36g
- 4 pills - 10/325 Acetaminophen and Oxycodone Hydrochloride; schedule 2; 1.16g
- 1 pill - RP 30 Oxycodone Hydrochloride; schedule 2; 0.36g
- 2 pills - A215 Oxycodone Hydrochloride; schedule 2; 0.20g
- 3 pills - M30 Fentanyl; .22g
- 79 pills - Xanax; schedule 4; 47.4g

5. The investigator noted that the evidence seized during the incident was consistent with the distribution of controlled substances.

6. SA Clemens is aware of the background regarding these two particular firearms recovered during the arrest of NEVAREZ.

ATF EF 3120.2 (10-2004)
For Official Use Only

7. On February 23, 2023, SA Jason Clemens was notified by the ATF National Tracing Center that a .40 caliber Glock model 22 bearing serial number XNZ232 had been recovered that day. This firearm was acquired by Glory GOODRICH-DEVERE from Modern Arms and Optics on July 25, 2022. SA Clemens was aware through the course of this investigation, NEVAREZ was romantically involved with GOODRICH-DEVERE and had requested she acquire firearms for him.

8. While reviewing results of a search warrant of NEVAREZ'S Facebook profile, SA Clemens located messages between NEVAREZ and convicted felon Leonel CASTILLO. CASTILLO was raffling firearms through Modern Arms and Optics and CASTILLO sent NEVAREZ photos of a firearm in which the make, model, caliber and serial number were visible on the tag. NEVAREZ won at least one (1) firearm. According to the tag, the firearm was a .380 caliber Glock model 42 bearing serial number AGTB194. Portions of the serial number were also visible on the slide and barrel of the firearm which matched what was visible on the tag.



*Messages between NEVAREZ and CASTILLO*

ATF EF 3120.2 (10-2004)
For Official Use Only



*Photos sent from CASTILLO to NEVAREZ*

9. The acquisition and disposition records from Modern Arms and Optics were recently seized pursuant to a search warrant. It is currently unknown how NEVAREZ acquired the Glock model 42 because he is a felon.

10. SA Clemens previously located several photos and videos from NIELSEN'S social media profiles which may show the same Glock models 22 and 42 recovered on February 23, 2023 (See ROI 12).

11. A review of NEVAREZ'S criminal history (See attached) shows NEVAREZ'S currently has four (4) felony convictions as an adult.

    1. <u>2015CR3635 / Denver District Court:</u>
       i. 09/26/2016: NEVAREZ was sentenced to 3 years for Theft - $2,000-$5,000 (F6)

    2. <u>2015CR6150 / Denver District Court</u>
       i. 09/26/2016: NEVAREZ was sentenced to 6 years for Robbery (F4)

    3. <u>2020CR3298 / Adams County</u>
       i. 05/05/2021: NEVAREZ was sentenced to 15 months for Possession of Weapon by Previous Offender (F6); NEVAREZ was also sentenced to 15 months for Vehicular Eluding (F6)

ATF EF 3120.2 (10-2004)<br>For Official Use Only

| Title of Investigation:<br>Marcos RUVALCABA et al | Investigation Number:<br>788010-22-0061 | Report Number:<br>13 |
|---|---|---|

**ATTACHMENTS:**

- 01 - Lakewood Police Department report LK23005650
- 02 - NEVAREZ NCIC report

ATF EF 3120.2 (10-2004)<br>For Official Use Only