From: Facebook: 100000458737849 Mack Hit Um Up

I owe u 25 on this one my boy I got u in about 30

9/20/2022 11:36:10 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Reacted  to your message

9/20/2022 11:55:43 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Thanks my brother sick win

9/26/2022 7:53:09 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Reacted  to your message

9/26/2022 7:55:09 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Hell yeah bro dope congratulations

9/26/2022 7:55:18 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

## Leo sent 2 photos.

**Attachments:**



Title: image-1014746703255846 (1014746703255846)
Size: 198252
File name: linked_media/unified_message_1014746703255846.jpg
Path: https://interncache-nao.fbcdn.net/v/t1.15752-
9/308072167_1014746709922512_4047480882251460660_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
nao&oh=03_AdRtS_KLhUyz0tw-Scftcjx_2TcCrdaOjVWxeS3hBpEuqA&oe=638A1150
linked_media/unified_message_1014746703255846.jpg



Title: image-789010909099330 (789010909099330)
Size: 199939
File name: linked_media/unified_message_789010909099330.jpg
Path: https://interncache-nao.fbcdn.net/v/t1.15752-
9/308512648_789010915765996_4398845349609514740_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
nao&oh=03_AdQXP9YPzimnfH4jZKPbhdEJwQbkCm-
pVwsiBkWSvNxoIQ&oe=638A21DF
linked_media/unified_message_789010909099330.jpg

9/26/2022 7:55:27 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)
683508809654588.zip/linked_media/unified_message_1014746703255846.jpg : (Size: 198252 bytes)
683508809654588.zip/linked_media/unified_message_789010909099330.jpg : (Size: 199939 bytes)

From: Facebook: 100015314229224 Leo Castillo

## Leo sent 2 photos.

**Attachments:**



Title: image-1014746703255846 (1014746703255846)
Size: 198252
File name: linked_media/unified_message_1014746703255846.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-
9/308072167_1014746709922512_4047480882251460660_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
ftw&oh=03_AVIWZhr-bRPjbk7kFBLLf_HI4LUXlib7_akn-aiiy4rLOA&oe=6367CA50
linked_media/unified_message_1014746703255846.jpg



Title: image-789010909099330 (789010909099330)
Size: 199939
File name: linked_media/unified_message_789010909099330.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-
9/308512648_789010915765996_4398845349609514740_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
ftw&oh=03_AVJG4hGF6UBy-BfEC24U-
f7kjpOJM_4iEEBRbcSk8Au2sA&oe=6366511F
linked_media/unified_message_789010909099330.jpg

9/26/2022 7:55:27 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-2.html : 0x0 (Size: 26331398 bytes)
683508809654588.zip/linked_media/unified_message_1014746703255846.jpg : (Size: 198252 bytes)
683508809654588.zip/linked_media/unified_message_789010909099330.jpg : (Size: 199939 bytes)

From: Facebook: 100015314229224 Leo Castillo

## Leo sent 2 photos.

### Attachments:



Title: image-1014746703255846 (1014746703255846)
Size: 198252
File name: linked_media/unified_message_1014746703255846.jpg
Path: https://interncache-eag.fbcdn.net/v/t1.15752-9/308072167_1014746709922512_4047480882251460660_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVLTvXfOYKAzjNer1quxFpN2qRlTZ7qh179u0RlzX1UQgg&oe=635FE150

linked_media/unified_message_1014746703255846.jpg



Title: image-789010909099330 (789010909099330)
Size: 199939
File name: linked_media/unified_message_789010909099330.jpg
Path: https://interncache-eag.fbcdn.net/v/t1.15752-9/308512648_789010915765996_4398845349609514740_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVJC_ueOyBTYS-V78pfmZSClpho48vlwV-ru2yqDnU3cng&oe=63625C9F

linked_media/unified_message_789010909099330.jpg

9/26/2022 7:55:27 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-1.html : 0x0 (Size: 25681853 bytes)
683508809654588.zip/linked_media/unified_message_1014746703255846.jpg : (Size: 198252 bytes)
683508809654588.zip/linked_media/unified_message_789010909099330.jpg : (Size: 199939 bytes)

From: Facebook: 100015314229224 Leo Castillo

## Leo sent a photo.

### Attachments:



Title: image-1147765132760910 (1147765132760910)
Size: 74455
File name: linked_media/unified_message_1147765132760910.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-9/308168944_1147765139427576_1628317097064641498_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVJD7F3Pxst3lzmk8ZyoV-x4kqWtdhiWu64EriHj6x-JEg&oe=636435CE

linked_media/unified_message_1147765132760910.jpg

9/26/2022 7:56:17 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-2.html : 0x0 (Size: 26331398 bytes)
683508809654588.zip/linked_media/unified_message_1147765132760910.jpg : (Size: 74455 bytes)

From: Facebook: 100015314229224 Leo Castillo

Leo sent a photo.

Attachments:



Title: image-1147765132760910 (1147765132760910)
Size: 74455
File name: linked_media/unified_message_1147765132760910.jpg
Path: https://interncache-eag.fbcdn.net/v/t1.15752-
9/308168944_1147765139427576_1628317097064641498_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=03_AVJd1PS6clqh1R9WdNvOn2SqqiAGEvQqqwQJXILLcj9loQ&oe=636041
4E
linked_media/unified_message_1147765132760910.jpg

9/26/2022 7:56:17 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-1.html : 0x0 (Size: 25681853 bytes)
683508809654588.zip/linked_media/unified_message_1147765132760910.jpg : (Size: 74455
bytes)

From: Facebook: 100015314229224 Leo Castillo

This is the phone number of the guy who does the background checks paperwork and transfers. Call him so you guys can arrange a day and time for pick up. I think if you can't pick up today he won't be available until either Wednesday or Thursday. So just called him to double check and make sure.

9/26/2022 7:57:16 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Just make sure you have a valid ID and can pass a background if you can't just make sure and bring someone who will. Everything is included so he shouldn't charge for any additional fees. All you have to do is show him the picture and let him know you were a winner from Leo

9/26/2022 7:57:57 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

▮▮▮▮▮▮▮▮▮▮ denver co 80212

9/26/2022 7:58:34 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

This is the place to pick up.

9/26/2022 7:59:06 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Ok brother thank u bet

9/26/2022 8:10:26 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Reacted  to your message

9/26/2022 8:17:46 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Will it go through today?

9/26/2022 8:21:41 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Yeah, just give him a call. Last person said he told them if he couldn't pick up today he would have to wait until he got back. The number I sent you is his number he will know better when he'll be available than me bro but all those toys are transferred over to the shop already.

9/26/2022 8:39:27 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Ok Ku thank u my brother

9/26/2022 8:49:51 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Reacted  to your message

9/26/2022 8:52:33 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

**He don't even answer bro his phones off**

9/26/2022 9:28:55 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Yeah, I just got a message from someone else trying to pick up. They already left to Colorado Springs just send him a text message. I'm sure he'll read it. I will also send you another number. This is the owner, but the first number is the guy that handles all the transfers and paperwork.

9/26/2022 9:33:25 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

**Leo sent a photo.**

**Attachments:**



Title: image-1703820563338151 (1703820563338151)
Size: 126199
File name: linked_media/unified_message_1703820563338151.jpg
Path: https://interncache-nao.fbcdn.net/v/t1.15752-9/308119577_1703820566671484_2761839195660563822_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaBfdXJsZ2VuX2NsaWVudC9pbW9nW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao&oh=03_AdTRsQFUK-EOyCETeFKELxuRV4xc18f-89WAWTEJGMrIlg&oe=638A2190

linked_media/unified_message_1703820563338151.jpg

9/26/2022 9:33:30 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)
683508809654588.zip/linked_media/unified_message_1703820563338151.jpg :  (Size: 126199 bytes)

From: Facebook: 100015314229224 Leo Castillo

**Leo sent a photo.**

**Attachments:**



Title: image-1703820563338151 (1703820563338151)
Size: 126199
File name: linked_media/unified_message_1703820563338151.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-9/308119577_1703820566671484_2761839195660563822_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaBfdXJsZ2VuX2NsaWVudC9pbW9nW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVKhB7NxHBhtDwpuAaU_O59pk2ONmybDSjCdVsYZv5BBUw&oe=6364C710

linked_media/unified_message_1703820563338151.jpg

9/26/2022 9:33:30 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-2.html : 0x0 (Size: 26331398 bytes)
683508809654588.zip/linked_media/unified_message_1703820563338151.jpg :  (Size: 126199 bytes)

From: Facebook: 100015314229224 Leo Castillo

## Leo sent a photo.

Attachments:



Title: image-1703820563338151 (1703820563338151)
Size: 126199
File name: linked_media/unified_message_1703820563338151.jpg
Path: https://interncache-eag.fbcdn.net/v/t1.15752-
9/308119577_1703820566671484_2761839195660563822_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFIJTWVkaWFFVdGIscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=03_AVLxrbGr9vKj8xsJ9863VkH6uxpEF8_QzBxxEJpjCIziXA&oe=6360D290
linked_media/unified_message_1703820563338151.jpg

9/26/2022 9:33:30 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-1.html : 0x0 (Size: 25681853 bytes)
683508809654588.zip/linked_media/unified_message_1703820563338151.jpg :  (Size:
126199 bytes)

From: Facebook: 100015314229224 Leo Castillo

## Leo sent a photo.

Attachments:



Title: image-432071595692146 (432071595692146)
Size: 64577
File name: linked_media/unified_message_432071595692146.jpg
Path: https://interncache-nao.fbcdn.net/v/t1.15752-
9/308495740_432071599025479_936608196503439286_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFIJTWVkaWFFVdGIscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
nao&oh=03_AdTXOHDjkZKqG7fhm4K8YA3VMlAUimZ12Tsvwyzq5FEqHg&oe=638A1
03D
linked_media/unified_message_432071595692146.jpg

9/26/2022 9:36:43 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)
683508809654588.zip/linked_media/unified_message_432071595692146.jpg :  (Size: 64577
bytes)

From: Facebook: 100015314229224 Leo Castillo

## Leo sent a photo.

Attachments:



Title: image-432071595692146 (432071595692146)
Size: 64577
File name: linked_media/unified_message_432071595692146.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-
9/308495740_432071599025479_936608196503439286_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFIJTWVkaWFFVdGIscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
ftw&oh=03_AVKFHCbe8W6J6UnB4logW2IWh6Y1QP1XUtIhCbxDTYzYRA&oe=63675
8BD
linked_media/unified_message_432071595692146.jpg

9/26/2022 9:36:43 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-2.html : 0x0 (Size: 26331398 bytes)
683508809654588.zip/linked_media/unified_message_432071595692146.jpg :  (Size: 64577
bytes)

From: Facebook: 100015314229224 Leo Castillo

Leo sent a photo.

Attachments:
_____



Title: image-432071595692146 (432071595692146)
Size: 64577
File name: linked_media/unified_message_432071595692146.jpg
Path: https://interncache-eag.fbcdn.net/v/t1.15752-
9/308495740_432071599025479_936608196503439286_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=03_AVKdTJuFvshUsvyRvF1WwNCqUxR_5C5PAdGuLTekd9ZrFg&oe=635F
6FBD
linked_media/unified_message_432071595692146.jpg

9/26/2022 9:36:43 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-1.html : 0x0 (Size: 25681853 bytes)
683508809654588.zip/linked_media/unified_message_432071595692146.jpg :  (Size: 64577
bytes)

From: Facebook: 100015314229224 Leo Castillo

This is the phone number of the owner. I just sent him a text message. I'm waiting for him to respond.

9/26/2022 9:37:02 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Oh Campbell? I thought he got in trouble

9/26/2022 9:37:13 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

No, he didn't get in trouble. The shop didn't pass inspection for the grand opening so they got 90 days to fix what needs to be fixed so they can open up.

9/26/2022 9:37:55 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

So they have been selling guns at all the gun shows since they still need to pay the shop rent even if it's not open

9/26/2022 9:38:25 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Oh okay yeah I been going through him for a while

9/26/2022 9:38:54 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

But I already dropped off all these guns there and transfer them over to the shop for yours I even bought a drum clip from them to add and make it like a bundle so he has everything already

9/26/2022 9:39:30 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Reacted  to your message

9/26/2022 9:39:32 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Alright who Campbell gots it

9/26/2022 9:41:02 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

All the guns are at the address I sent you Campbell's assistant, or the guy who does his transfers and background checks

9/26/2022 9:48:17 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Neither of them answer

9/26/2022 10:03:37 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

He responded back to me at around 1120 today but I haven't heard back from him. He did tell the other people trying to pick up that they were not going to be back until Wednesday or Thursday? I'll let you know as soon as he answers my bro

9/26/2022 10:15:56 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Leo sent a photo.

Attachments:



Title: image-1485890115190192 (1485890115190192)
Size: 154316
File name: linked_media/unified_message_1485890115190192.jpg
Path: https://interncache-nao.fbcdn.net/v/t1.15752-9/308008030_1485890121856858_2331180024780288793_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nW46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao&oh=03_AdRFafWw7_Rd_JYdQFHR3Ai2RW8JhmXA32IuDr5iGJv4qg&oe=6389F768

linked_media/unified_message_1485890115190192.jpg

9/26/2022 10:16:02 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)
683508809654588.zip/linked_media/unified_message_1485890115190192.jpg : (Size: 154316 bytes)

From: Facebook: 100015314229224 Leo Castillo

Leo sent a photo.

Attachments:



Title: image-1485890115190192 (1485890115190192)
Size: 154316
File name: linked_media/unified_message_1485890115190192.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-9/308008030_1485890121856858_2331180024780288793_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nW46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVIAOxGsy3QUBa7g8K3o053FZ08I_tqnGJPoKZTh2RLmOQ&oe=63642C68

linked_media/unified_message_1485890115190192.jpg

9/26/2022 10:16:02 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-2.html : 0x0 (Size: 26331398 bytes)
683508809654588.zip/linked_media/unified_message_1485890115190192.jpg : (Size: 154316 bytes)

From: Facebook: 100015314229224 Leo Castillo

Leo sent a photo.

Attachments:



Title: image-1485890115190192 (1485890115190192)
Size: 154316
File name: linked_media/unified_message_1485890115190192.jpg
Path: https://interncache-eag.fbcdn.net/v/t1.15752-
9/308008030_1485890121856858_2331180024780288793_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=03_AVlf_cEqZlkouRImNttXtJb3Vxp2qfdpc_TYm21-u12Ahg&oe=636037E8
linked_media/unified_message_1485890115190192.jpg

9/26/2022 10:16:02 PM(UTC+0)

Source Info:
683508809654588.zip/preservation-1.html : 0x0 (Size: 25681853 bytes)
683508809654588.zip/linked_media/unified_message_1485890115190192.jpg :  (Size:
154316 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Ok brother let me Know thank you

9/26/2022 10:17:45 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

He's legit, bro they just go to a lot of gun shows and events to try and make some money
because he still needs to pay for the shop even though it's not open

9/26/2022 10:25:49 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Ight bro let me know

9/26/2022 10:26:26 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Reacted  to your message

9/26/2022 10:34:38 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Leo sent a photo.

Attachments:



Title: image-621583079691667 (621583079691667)
Size: 150154
File name: linked_media/unified_message_621583079691667.jpg
Path: https://interncache-nao.fbcdn.net/v/t1.15752-
9/308219965_621583083025000_4828807627031613774_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nZ
W46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
nao&oh=03_AdSb6Qjdopi2_YvS7THpFLTDjNxKWlM-
YSsrg8B6UN8pbw&oe=638A1C59
linked_media/unified_message_621583079691667.jpg

9/27/2022 2:53:45 AM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)
683508809654588.zip/linked_media/unified_message_621583079691667.jpg :  (Size: 150154
bytes)

From: Facebook: 100015314229224 Leo Castillo

Leo sent a photo.

Attachments:



Title: image-621583079691667 (621583079691667)
Size: 150154
File name: linked_media/unified_message_621583079691667.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-
9/308219965_621583083025000_4828807627031613774_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nZ
W46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
ftw&oh=03_AVJhCg3044j-
OD9Ja21t0tU3cUWAGWDgkraie1H01YOEGA&oe=6364C1D9
linked_media/unified_message_621583079691667.jpg

9/27/2022 2:53:45 AM(UTC+0)

Source Info:
683508809654588.zip/preservation-2.html : 0x0 (Size: 26331398 bytes)
683508809654588.zip/linked_media/unified_message_621583079691667.jpg :  (Size: 150154
bytes)

From: Facebook: 100015314229224 Leo Castillo

Leo sent a photo.

Attachments:



Title: image-621583079691667 (621583079691667)
Size: 150154
File name: linked_media/unified_message_621583079691667.jpg
Path: https://interncache-eag.fbcdn.net/v/t1.15752-
9/308219965_621583083025000_4828807627031613774_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nZ
W46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
eag&oh=03_AVL-7J697rlPVF4mNJAJeMpyxn-
PUJmoD33sVlSivZhbsw&oe=6360CD59
linked_media/unified_message_621583079691667.jpg

9/27/2022 2:53:45 AM(UTC+0)

Source Info:
683508809654588.zip/preservation-1.html : 0x0 (Size: 25681853 bytes)
683508809654588.zip/linked_media/unified_message_621583079691667.jpg :  (Size: 150154
bytes)

**From: Facebook: 100000458737849 Mack Hit Um Up**

Thank you

9/27/2022 3:12:02 AM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

**From: Facebook: 100015314229224 Leo Castillo**

Sorry for the late response he just now got back to me my bro

9/27/2022 3:21:04 AM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

**From: Facebook: 100000458737849 Mack Hit Um Up**

U good bro I talked to him

9/27/2022 3:23:00 AM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

**From: Facebook: 100015314229224 Leo Castillo**

Reacted  to your message

9/27/2022 3:24:08 AM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

**From: Facebook: 100000458737849 Mack Hit Um Up**

Il take the earrings brother

10/9/2022 7:37:16 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

**From: Facebook: 100015314229224 Leo Castillo**

Reacted  to your message

10/9/2022 7:38:48 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

**From: Facebook: 100015314229224 Leo Castillo**

I'm at home right now I'll be here for another 30 minutes or so then I'm taking the kids to urban air for a few hours

10/9/2022 7:44:16 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Ku bro il slide after ur home after that

10/9/2022 7:47:02 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

I can also take them with me and you can pick up it's by Southwest Plaza. Not sure if that's closer to you my bro

10/9/2022 7:50:37 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Yeah that's way better bro

10/9/2022 7:52:57 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Lmk when ur there brother

10/9/2022 7:53:05 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100015314229224 Leo Castillo

Sounds good I'm doing this Raffle now and we're heading out

10/9/2022 7:59:28 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)

From: Facebook: 100000458737849 Mack Hit Um Up

Ku my bro thanks

10/9/2022 8:00:08 PM(UTC+0)

Source Info:
683508809654588.zip/index.html : 0x0 (Size: 27312411 bytes)