

Source: https://promagindustries.com/fits-the-glock-model-42-380acp-32-rd-black-polymer-drum/ (accessed December 23, 2024)