| Title of Investigation:<br>Marcos RUVALCABA et al | Investigation Number:<br>788010-22-0061 | Report Number:<br>36 |
|---|---|---|

## SUMMARY OF EVENT:

<u>REVIEW OF EVIDENCE:</u>  On June 15, 2023, ATF Special Agent (SA) Jason Clemens examined details of CASTILLO'S Facebook firearm raffles by reviewing messages between CASTILLO and Facebook user "Bubba Mireles" (Profile ID 100010477128531) from the results of a search warrant of Leonel CASTILLO's Facebook profile.

## NARRATIVE:

1. On or about October 31, 2022, "Bubba Mireles" messaged CASTILLO "How does this work", "Bro". CASTILLO replied "You luck (lock?) in sending payment once our spots sell and paid in full we go live to announce the winner. You must be of age and have a valid ID and be able to pass a background check. If you can't pass a background check just bring someone who will."

2. "Bubba Mireles" asked CASTILLO where to send money.  CASTILLO replied by sending "Bubba Mireles" the screenshot below.

| Prepared by:<br>Jason C. Clemens | Title:<br>Special Agent, Denver I Field Office | Signature: | Digitally signed by JASON CLEMENS<br>Date: 2023.06.16 12:28:52 -04'00' | Date: |
|---|---|---|---|---|
| Authorized by:<br>Alan W. Breneman | Title:<br>Group Supervisor, Denver I Field Office | Signature: | GS Alan W. Breneman — Digitally signed by GS Alan W. Breneman Date: 2023.06.16 10:55:03 -06'00' | Date: |
| Second level reviewer (optional):<br>Christopher B. Beavers | Title:<br>Special Agent in Charge, Denver Field Division | Signature: | | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only



*Screenshot from CASTILLO to "Bubba Mireles"*

3. "Bubba Mireles" also asked about Venmo and Cashapp. CASTILLO replied with a Venmo link and
"█████████"

ATF EF 3120.2 (10-2004)
For Official Use Only

4. "Bubba Mireles" asked "Or how much bro". CASTILLO sent a screenshot detailing his current raffle was $24 a spot with 23 open spots and the raffle was for a .22 caliber Kel-Tec model P-17. Based on this information, CASTILLO would obtain $576 from this raffle. On June 15, 2023, SA Clemens searched numerous online retailers and found Kel-Tec model P-17s for sale for as low as $169.99.

5. On or about November 2, 2022, "Bubba Mireles" asked about a raffle for a rifle. CASTILLO replied "Yeah, the one with the switch?" as well as a photo of an AR style firearm.



*Photo from CASTILLO to "Bubba Mireles"*

6. SA Clemens noted the selector on the firearm was pointed toward the rear, which is consistent with some types of triggers capable of firing automatically. SA Clemens also knows the term "switch" is commonly used to describe a full-automatic firearm.

ATF EF 3120.2 (10-2004)
For Official Use Only

7. This report serves to document a summary of some of the contents observed. The download of the ATF Property Item should be referred to for a complete account.

**ATTACHMENTS:**

01 – All Facebook messages between CASTILLO and "Bubba Mireles"

ATF EF 3120.2 (10-2004)
For Official Use Only

 

## Participants

 100010477128531
Bubba Mireles

 100015314229224
Leo Castillo (owner)

## Conversation - Instant Messages (64)

From: 100010477128531 Bubba Mireles

How does this work

10/31/2022 4:47:32 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Bro

10/31/2022 4:47:53 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

You can now message and call each other and see info like Active Status and when you've read messages.

10/31/2022 4:51:01 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

You luck in sending payment once our spots sell and paid in full we go live to announce the winner. You must be of age and have a valid ID and be able to pass a background check. If you can't pass a background check just bring someone who will.

10/31/2022 4:51:01 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Ok where I send money too

10/31/2022 4:51:37 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Who

10/31/2022 4:51:40 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

I know Carlos Anaya sent me to this page said he's won a couple times

10/31/2022 4:51:54 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

You sent a photo.

**Attachments:**



Title: image-517764043535557 (517764043535557)
Size: 60891
File name: linked_media/unified_message_517764043535557.jpg
Path: https://interncache-prn.fbcdn.net/v/t1.15752-9/312649322_517764046868890_5817765040675717268_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pW9nZW46RFJJTWVkaWFdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=03_AdQlHRTPwl7HBNuic2GYaYo44okneQEMpTe0KHM9QfYMAQ&oe=645FE680

linked_media/unified_message_517764043535557.jpg

10/31/2022 4:54:37 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)
721035146385135.zip/linked_media/unified_message_517764043535557.jpg :  (Size: 60891 bytes)

From: 100015314229224 Leo Castillo (owner)

You sent a photo.

Attachments:



Title: image-517764043535557 (517764043535557)
Size: 0
File name: linked_media/unified_message_517764043535557.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-
9/312649322_517764046868890_5817765040675717268_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
ftw&oh=03_AdS8njjXmPn3ARCZqfzA1q3RbCLdnhyu5bvSyYdmHW4nUw&oe=63A04
C80

linked_media/unified_message_517764043535557.jpg

10/31/2022 4:54:37 PM(UTC-6)

Source Info:
721035146385135.zip/preservation-1.html : 0x0 (Size: 92296395 bytes)
721035146385135.zip/linked_media/unified_message_517764043535557.jpg :  (Size: 60891
bytes)

From: 100015314229224 Leo Castillo (owner)

Hell yeah we do really big and dope stuff but we just now got back so we're starting off slow. And welcome

10/31/2022 4:55:13 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Can I send it from another name

10/31/2022 5:02:32 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

I'm not sure what you are asking you can send payment, however, just let me know how you send it. Or Are you asking if you can put a different name on your spot?

10/31/2022 5:06:43 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

No I want 17

10/31/2022 5:07:05 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Ima send it now

10/31/2022 5:07:08 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

Bet I have you locked in for that spot my bro good luck

10/31/2022 5:08:15 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Send me the Venmo we code

10/31/2022 5:09:16 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

We code

10/31/2022 5:10:34 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

@ ███████

10/31/2022 5:10:36 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

U Dnt have cash app

10/31/2022 5:10:45 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100015314229224 Leo Castillo (owner)**

You sent a photo.

**Attachments:**



Title: image-1223880641504434 (1223880641504434)
Size: 108765
File name: linked_media/unified_message_1223880641504434.jpg
Path: https://interncache-prn.fbcdn.net/v/t1.15752-9/313750629_1223880644837767_7466834403687075299_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46W46RFlJTWVkaWFWdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=03_AdRlKaNl8cxSaLdle5oUdxJhDGUJPd-W2BGw_uwCPbzexw&oe=645FC62E

linked_media/unified_message_1223880641504434.jpg

10/31/2022 5:10:46 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)
721035146385135.zip/linked_media/unified_message_1223880641504434.jpg : (Size: 108765 bytes)

**From: 100015314229224 Leo Castillo (owner)**

You sent a photo.

**Attachments:**



Title: image-1223880641504434 (1223880641504434)
Size: 108765
File name: linked_media/unified_message_1223880641504434.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-9/313750629_1223880644837767_7466834403687075299_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46W46RFlJTWVkaWFWdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AdSYTz-A7TNfbZm-naG5D7hqchnD25RLeAlqZNdwdwMbRQ&oe=63A0646E

linked_media/unified_message_1223880641504434.jpg

10/31/2022 5:10:46 PM(UTC-6)

Source Info:
721035146385135.zip/preservation-1.html : 0x0 (Size: 92296395 bytes)
721035146385135.zip/linked_media/unified_message_1223880641504434.jpg : (Size: 108765 bytes)

**From: 100015314229224 Leo Castillo (owner)**

10/31/2022 5:12:47 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100010477128531 Bubba Mireles**

Is that ur cash app

10/31/2022 5:13:00 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

5

From: 100015314229224 Leo Castillo (owner)

that's cash app but we won't be having it soon because we have a lot of complications with it

10/31/2022 5:13:09 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

My wife's

10/31/2022 5:13:17 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

I Dnt have Venmo right so ima have to skip this one

10/31/2022 5:13:27 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Fuck

10/31/2022 5:13:31 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

You can send it to that cash app that's my wife's. Most payments come in others don't

10/31/2022 5:14:14 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

22

10/31/2022 5:15:09 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Or how much bro

10/31/2022 5:15:14 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

You sent a photo.

**Attachments:**



Title: image-627305979089186 (627305979089186)
Size: 82925
File name: linked_media/unified_message_627305979089186.jpg
Path: https://interncache-prn.fbcdn.net/v/t1.15752-9/309782417_627305985755852_4807794013503692983_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46W46RFlJTWVkaWFFdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=03_AdTk3yEXvThYJS5tlxwrtR11A3PEpiEg6bPUTJa93I7Z_g&oe=645FDBFD
linked_media/unified_message_627305979089186.jpg

10/31/2022 5:15:35 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)
721035146385135.zip/linked_media/unified_message_627305979089186.jpg : (Size: 82925 bytes)

From: 100015314229224 Leo Castillo (owner)

You sent a photo.

**Attachments:**



Title: image-627305979089186 (627305979089186)
Size: 82925
File name: linked_media/unified_message_627305979089186.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-9/309782417_627305985755852_4807794013503692983_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46W46RFlJTWVkaWFFdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AdQ4HfzivvXTBMODxSHY9tmeo-96-56WvrzlS6oXp_9naA&oe=63A041FD
linked_media/unified_message_627305979089186.jpg

10/31/2022 5:15:35 PM(UTC-6)

Source Info:
721035146385135.zip/preservation-1.html : 0x0 (Size: 92296395 bytes)
721035146385135.zip/linked_media/unified_message_627305979089186.jpg : (Size: 82925 bytes)

From: 100015314229224 Leo Castillo (owner)

$24 boss

10/31/2022 5:15:39 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Ok. Sending cash app now

10/31/2022 5:15:48 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Bubba sent a photo.

**Attachments:**



Title: image-1248939579171756 (1248939579171756)
Size: 50277
File name: linked_media/unified_message_1248939579171756.jpg
Path: https://interncache-prn.fbcdn.net/v/t1.15752-
9/307981621_1248939582505089_4230659586979815171_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
prn&oh=03_AdTPNykdwS11cVp8ouxS8RWVPz92GD9S6OmZXHK9n-
EGxg&oe=645FD4AC
linked_media/unified_message_1248939579171756.jpg

10/31/2022 5:16:40 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)
721035146385135.zip/linked_media/unified_message_1248939579171756.jpg : (Size: 50277
bytes)

From: 100010477128531 Bubba Mireles

Bubba sent a photo.

**Attachments:**



Title: image-1248939579171756 (1248939579171756)
Size: 50277
File name: linked_media/unified_message_1248939579171756.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-
9/307981621_1248939582505089_4230659586979815171_n.jpg?stp=dst-
jpg_p843x403&ccb=1-
7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZ
W46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
ftw&oh=03_AdRnVnsJ_jTYm9D-EbjbLYgIoR1dxAyJQF6jp-saNaftxw&oe=63A072EC
linked_media/unified_message_1248939579171756.jpg

10/31/2022 5:16:40 PM(UTC-6)

Source Info:
721035146385135.zip/preservation-1.html : 0x0 (Size: 92296395 bytes)
721035146385135.zip/linked_media/unified_message_1248939579171756.jpg : (Size: 50277
bytes)

From: 100010477128531 Bubba Mireles

**Attachments:**



Title: sticker (369239263222822)
Size: 5428
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-prn.fbcdn.net/v/t39.1997-
6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-
7&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdH
kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
prn&oh=00_AfBFlRdSxl4r_SSqNMavDo165YkBlGTQKQBtA1dZayqjqQ&oe=643D924
B
linked_media/unified_message_369239263222822.png

10/31/2022 5:17:17 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)
721035146385135.zip/linked_media/unified_message_369239263222822.png :  (Size: 5428
bytes)

From: 100010477128531 Bubba Mireles

**Attachments:**



Title: sticker (369239263222822)
Size: 5428
File name: linked_media/unified_message_369239263222822.png
Path: https://interncache-ftw.fbcdn.net/v/t39.1997-
6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-
7&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdH
kvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-
ftw&oh=00_AfDxBddYPdZnV5SpVCGuE85BNF6Es6bCML6YkPMiUuP2Wg&oe=637D
C00B
linked_media/unified_message_369239263222822.png

10/31/2022 5:17:17 PM(UTC-6)

Source Info:
721035146385135.zip/preservation-1.html : 0x0 (Size: 92296395 bytes)
721035146385135.zip/linked_media/unified_message_369239263222822.png :  (Size: 5428
bytes)

From: 100010477128531 Bubba Mireles

Thanks brotha

10/31/2022 5:17:22 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

When will the drawing be my G

10/31/2022 5:17:30 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100015314229224 Leo Castillo (owner)**

As soon as all spots sold and paid in full, my guess is before seven

10/31/2022 5:18:16 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100010477128531 Bubba Mireles**

U go live or what

10/31/2022 5:19:04 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100015314229224 Leo Castillo (owner)**

Yeah, we go live to announce the winter it's pretty simple nothing complicate. We do multiple spins each day

10/31/2022 5:22:50 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100010477128531 Bubba Mireles**

say Less

10/31/2022 5:23:13 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100010477128531 Bubba Mireles**

10/31/2022 5:23:23 PM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100010477128531 Bubba Mireles**

When u raffle the clear rifle let me know

11/2/2022 9:00:56 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

**From: 100015314229224 Leo Castillo (owner)**

What you mean bro?

11/2/2022 9:08:48 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

U have o e with a drum Dnt you

11/2/2022 9:09:36 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Clear

11/2/2022 9:09:40 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

U have one

11/2/2022 9:09:44 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Ur gunna raffle this weekend

11/2/2022 9:09:48 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Right!

11/2/2022 9:09:54 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

Yeah, the one with the switch?

11/2/2022 9:10:13 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

You sent a photo.

**Attachments:**



Title: image-841703193942541 (841703193942541)
Size: 150614
File name: linked_media/unified_message_841703193942541.jpg
Path: https://interncache-prn.fbcdn.net/v/t1.15752-9/313861067_841703200609207_1164970386600984687_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFiJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=03_AdS8etElov9t4l8-1EPp2hgMvVwSBloM4VkKT3heg4kKtA&oe=645FB4C8
linked_media/unified_message_841703193942541.jpg

11/2/2022 9:10:26 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)
721035146385135.zip/linked_media/unified_message_841703193942541.jpg : (Size: 150614 bytes)

From: 100015314229224 Leo Castillo (owner)

You sent a photo.

**Attachments:**



Title: image-841703193942541 (841703193942541)
Size: 150614
File name: linked_media/unified_message_841703193942541.jpg
Path: https://interncache-ftw.fbcdn.net/v/t1.15752-9/313861067_841703200609207_1164970386600984687_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFiJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AdRkNti6rClAsDKbIIPOmhgX_WMT2iHP-BhziB9QqDUTWQ&oe=63A05308
linked_media/unified_message_841703193942541.jpg

11/2/2022 9:10:26 AM(UTC-6)

Source Info:
721035146385135.zip/preservation-1.html : 0x0 (Size: 92296395 bytes)
721035146385135.zip/linked_media/unified_message_841703193942541.jpg : (Size: 150614 bytes)

From: 100010477128531 Bubba Mireles

Yea

11/2/2022 9:11:07 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

When u doing that 1

11/2/2022 9:11:16 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

I'm doing the AP first Friday then we can run this Saturday

11/2/2022 9:12:01 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Ok let me know

11/2/2022 9:12:31 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Know

11/2/2022 9:12:32 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

Bet

11/2/2022 9:12:51 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

I'm sending cash app now

11/4/2022 8:05:04 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100010477128531 Bubba Mireles

Ku

11/4/2022 8:05:09 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

11/4/2022 8:08:05 AM(UTC-6)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)