From: 100015314229224 Leo Castillo (owner)

You sent a photo.

**Attachments:**



Title: image-1278860946179710 (1278860946179710)
Size: 199444
File name: linked_media/unified_message_1278860946179710.jpg
Path: https://interncache-ldc.fbcdn.net/v/t1.15752-9/316379926_1278860949513043_1403972003859993858_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ldc&oh=03_AdRBmeuylz-kycmxEt0jiFxLx6W0gR6Tc9wJBF9UUcaSyQ&oe=645FBF42
linked_media/unified_message_1278860946179710.jpg

11/23/2022 7:55:45 PM(UTC-7)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)
721035146385135.zip/linked_media/unified_message_1278860946179710.jpg :  (Size: 199444 bytes)

From: 100015314229224 Leo Castillo (owner)

Im home wey pull up whenever. I'll let you know how good it shoots.

11/23/2022 7:56:00 PM(UTC-7)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

Lol jk I was scared driving home though they gave you an extra extended clip and some bullets

11/23/2022 7:56:19 PM(UTC-7)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)

From: 100015314229224 Leo Castillo (owner)

You sent a photo.

**Attachments:**



Title: image-3312324839005289 (3312324839005289)
Size: 220803
File name: linked_media/unified_message_3312324839005289.jpg
Path: https://interncache-ldc.fbcdn.net/v/t1.15752-9/316574130_3312324842338622_8267622278470768297_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ldc&oh=03_AdRTCyeU_W4KvbnQY8t9X5ClZNtnFjxCuVCWnYRpVs0lTg&oe=645FB433
linked_media/unified_message_3312324839005289.jpg

11/23/2022 7:56:36 PM(UTC-7)

Source Info:
721035146385135.zip/index.html : 0x0 (Size: 110289965 bytes)
721035146385135.zip/linked_media/unified_message_3312324839005289.jpg :  (Size: 220803 bytes)