| Title of Investigation:<br>Marcos RUVALCABA et al | Investigation Number:<br>788010-22-0061 | Report Number:<br>72 |
| --- | --- | --- |

## SUMMARY OF EVENT:

<u>FIREARM RECOVERY</u>:  On November 9, 2023 and January 9, 2024, Special Agent (SA) Jason Clemens and SA Joshua Sherman of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) took possession of firearms and firearm accessories from Jorge MIRANDA.

## NARRATIVE:

1.  Jorge MIRANDA is connected to ATF cases 788010-22-0061 and 788010-23-0031.  During the course of the investigation it was discovered that MIRANDA acquired firearms from convicted felon Leonel CASTILLO. In addition, MIRANDA provided CASTILLO with firearms to be sold via raffles occurring through Facebook.

2.  MIRANDA agreed to turn over all firearms that he had acquired from CASTILLO and allow ATF to examine all firearms in his possession to determine what firearms MIRANDA had previously transferred to CASTILLO.

3.  During the meeting on November 9, 2023, MIRANDA was also accompanied by his legal counsel.  Agents took possession of eight (8) firearms.  MIRANDA was provided a receipt (See Attached) and the firearms were transferred to the ATF Denver Field Office and entered into evidence as under case 788010-22-0061, **ATF Property Items 00097, 00098, 00099, 00100, 00101, 00102, 00103, 00104**.

4.  SA Clemens observed the Grand Power model Stribog SP9A1 rifle bearing serial number GSA28266 had a barrel that was less than 16 inches in length.  SA Clemens asked MIRANDA if he had any paperwork showing the firearm is registered as a short barreled rifle (SBR).  MIRANDA stated he did not.  Agents asked MIRANDA if he had done anything to the firearm after he acquired.  MIRANDA stated the firearm was in the same configuration as when he acquired it.  SA Clemens knows through the course of this investigation that the firearm was recorded as being a pistol.  SA Clemens later located the ATF Form 4473 for the transaction and observed the form listed Anthony GALLEGOS as the transferor/seller (See Attached).

5.  During the course of the examination of the firearms in November, MIRANDA explained to agents that he was in possession of two (2) Masterpiece Arms MPA Defender pistols and he was unsure of which firearm

| Prepared by:<br>Jason C. Clemens | Title:<br>Special Agent, Denver I Field Office | Signature: | Date: |
| --- | --- | --- | --- |
| Authorized by:<br>Alan W. Breneman | Title:<br>Group Supervisor, Denver I Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Christopher B. Beavers | Title:<br>Special Agent in Charge, Denver Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

he acquired from CASTILLO but knows the first one he obtained came from CASTILLO. Agents informed MIRANDA and his legal counsel that they would have to examine the records associated with MIRANDA's firearms acquisitions and return once they identify the correct firearm.

6. In addition, agents located a 7.62 caliber Romarm model WASR-10 rifle that had been plated in a yellow metal, which was now obscuring the serial number and two (2) 9mm CZ model Scorpion pistols equipped with pistol braces. Agents left the firearms to confer with legal counsel on the best course of action. SA Clemens later examined records associated with MIRANDA's firearms acquisitions and determined the serial number for the Romarm rifle is 22A1-92177.

7. Agents were able to determine that the Masterpiece Arms bearing serial number FX40680 was the firearm MIRANDA acquired from CASTILLO. MIRANDA and his legal counsel agreed to surrender the Romarm rifle and pistol braces to ATF as well.

8. On January 9, 2024, SA Clemens and SA Sherman returned to MIRANDA's residence and took possession of the Masterpiece Arms pistol, Romarm rifle and two (2) pistol braces. MIRANDA was provided a receipt for the items (See Attached). In addition, MIRANDA signed Consent to Forfeiture or Destruction of Property and Wavier of Notice (ATF E-Form 3400.1) for all items collected from MIRANDA or interdicted (See Attached).

9. Agents transported the items to the ATF Denver Field Division and logged them into evidence under the following cases and item numbers; Masterpiece Arms pistol – Case 788010-22-0061 **ATF Property Item #000105**. Romarm rifle and pistol braces – Case 788010-23-0031 **ATF Property Items 00007, 00008, and 00009**.

**ATTACHMENTS**:

- 01 – Receipt for Property from November 9, 2023
- 02 – ATF Form 4473 for Grand Power model Stribog SP9A1 bearing SN: GSA28266
- 03 – Receipt for Property from January 9, 2024
- 04 – ATF E-Forms 3400.1 signed by MIRANDA

ATF EF 3120.2 (10-2004)<br>For Official Use Only