| Title of Investigation: Marcos RUVALCABA et al | Investigation Number: 788010-22-0061 | Report Number: 34 |
|---|---|---|

## SUMMARY OF EVENT:

<u>INTERVIEW AND SUSPECTED STRAW PURCHASE OF FIREARMS:</u>  On May 23, 2023, ATF Special Agents (SA) Jason Clemens and Joshua Sherman and ATF Industry Operations Intelligence Specialist (IOIS) Ryan Spratt spoke with Federal Firearms Licensee (FFL) William Paddock d/b/a The Outdoorsman's Attic, regarding Leonel CASTILLO.

## NARRATIVE:

1. ATF SAs Clemens and Sherman and IOIS Spratt responded to The Outdoorsman's Attic at 2650 W Hampden Ave in Sheridan, Colorado following a search warrant of CASTILLO'S residence in which a receipt for firearms from the FFL was located.  Agents knew through the course of the investigation that CASTILLO would purchase firearms from FFLs and leave them for third parties to pick-up.

2. At the FFL, William Paddock identified himself as the owner of the business.  Agents audio recorded the interview which was later entered into evidence under **ATF Property Item #000048**.  The following is not intended to be verbatim or a transcribed account of the interview.  In accordance with Federal Rules of Evidence 1001 and 1002, an examination of the original recording of this interview is the best evidence of its content.

3. When asked about CASTILLO, Paddock stated CASTILLO does a "gun raffle" in which CASTILLO buys firearms from The Outdoorsman's Attic and raffles them on Facebook.  Paddock stated he has seen the raffles but is not part of them.

4. SA Sherman asked Paddock how the firearms sales to CASTILLO take place.  Paddock responded that CASTILLO comes to the shop, Paddock shows him firearms, CASTILLO takes pictures, and CASTILLO pays for the firearms in cash and sometimes credit card.  SA Clemens asked Paddock if CASTILLO ever holds any firearms and Paddock replied "Not for him, no."

5. Paddock told agents CASTILLO was in the shop and purchased firearms from him the week before.  SA Sherman asked Paddock if CASTILLO has called recently.  Paddock replied "no, not to my knowledge".  However, at the end of the interview Paddock stated that CASTILLO called him that morning and told him ATF agents were executing a search warrant at his residence.

6. SA Clemens informed Paddock that CASTILLO uses the raffles as a method to provide criminals with firearms.

| Prepared by: Jason C. Clemens | Title: Special Agent, Denver I Field Office | Signature: | Digitally signed by JASON CLEMENS Date: 2023.06.16 12:06:31 -04'00' |
|---|---|---|---|
| Authorized by: Alan W. Breneman | Title: Group Supervisor, Denver I Field Office | Signature: GS Alan W. Breneman Digitally signed by GS Alan W. Breneman Date: 2023.06.16 10:50:58 -06'00' | Date: |
| Second level reviewer (optional): Christopher B. Beavers | Title: Special Agent in Charge, Denver Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Paddock stated that some of the alleged raffle winners have failed background checks and Sheridan Police Department arrested one. SA Clemens also informed Paddock that CASTILLO uses the raffles to acquire personal firearms by using third parties to acquire firearms paid for by CASTILLO.

7. SA Sherman asked Paddock to approximate how many firearms CASTILLO had purchased from him. Paddock stated CASTILLO had purchased around 100 firearms from him since the beginning of 2023.

8. Paddock stated he knows at least one private party brought in firearms for CASTILLO's raffles.

9. IOIS Spratt asked Paddock about additional employees of the store. Paddock stated the only employees were himself and his daughter but occasionally he has a friend come in and help on weekends. From messages SA Clemens observed between CASTILLO and Sergio ORDONEZ (DOB: ████████) and photos taken from behind the counter, ORDONEZ may be Paddock's friend who works at the store.

10. SA Clemens advised Paddock that CASTILLO may attempt to retrieve the firearms he had purchased. Paddock asked the agents if there were individuals he should "look out for".

11. SA Sherman asked if Paddock could create a list of all the firearms CASTILLO purchased from him. Paddock stated he could probably "get close" and agreed to look. Paddock added he had built "rapport" with some of the regular winners and could identify them.

12. SA Clemens asked Paddock to approximate how much money CASTILLO had paid him for firearms. Paddock stated "twelve grand" and believes it was all cash transactions.

13. Paddock asked what to do if he is suspicious about a firearms transaction and if he can call ATF. SA Clemens informed Paddock he is always free to call ATF and if he is uncomfortable with a sale, he can deny it.

14. On June 7, 2023, SA Clemens called Paddock to check on the status of a list of firearms CASTILLO had purchased. Paddock stated he was having difficulty because CASTILLO would pay in cash. SA Clemens asked Paddock if he could come to the ATF Office on June 12 for a formal interview and look at photos of additional suspects. Paddock agreed. Later the same day, SA Clemens received a call from attorney Kevin Flesch stating he had been retained by Paddock and was unable to meet on June 12. SA Clemens advised Flesch to coordinate a future meeting with AUSA Buchman.

15. On June 1 and 7, 2023, IOIS Johnson provided SA Clemens copies of Multiple Sales reports from The Outdoorsman's Attic for firearms acquired by Sergio ORDONEZ. The reports indicate that on May 26 and June 6, ORDONEZ acquired a total of seven (7) pistols from The Outdoorsman's Attic. SA Clemens noted that a Roman Mini Draco AK style pistol acquired by ORDONEZ on May 26 is similar to an AK style pistol purchased by CASTILLO from The Outdoorsman's Attic and interdicted by ATF on May 23.

16. On June 15, 2023, SA Clemens conducted a query of ORDONEZ in E-Trace and discovered that ORDONEZ has fourteen (14) reported multiple sales for a total of fifty-two (52) handguns since November 2021 (See attached). Twelve of the transactions occurred at The Outdoorsman's Attic.

**ATTACHMENTS:**

01 – Multiple Sales Reports for Sergio ORDONEZ

 ATF EF 3120.2 (10-2004)<br>For Official Use Only